# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D18-2944
_____

LEON COLTON,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

_____


On appeal from the Circuit Court for Duval County.
Linda F. McCallum, Judge.

May 22, 2019


PER CURIAM.

AFFIRMED.

WETHERELL, OSTERHAUS, and WINOKUR, JJ., concur.

_____

***Not final until disposition of any timely and
authorized motion under Fla. R. App. P. 9.330 or
9.331.***

_____

Leon Colton, pro se, Appellant.

Ashley Moody, Attorney General, Tallahassee, for Appellee.